1  Robert Grasso, Jr. – Bar No. 015087
   **GRASSO LAW FIRM, P.C.**
2  2430 West Ray Road, Suite 3
   Chandler, Arizona 85224
3  Telephone (480) 730-5553
   Facsimile (480) 730-2810
4  *rgrasso@grassolawfirm.com*
      Attorneys for Defendants
5
                    **IN THE UNITED STATES DISTRICT COURT**
6
                    **IN AND FOR THE DISTRICT OF ARIZONA**
7

8  ANTHONY MARTINO, a single man,        )
                                          )   Case No. _____
9                          Plaintiff,     )
                                          )
10                vs.                     )
                                          )
11 GREYSTAR INVESTMENT GROUP, LLC, a      )   **NOTICE OF REMOVAL OF**
   Delaware limited liability company;   )   **ACTION – UNDER 28 U.S.C.**
12 GREYSTAR MANAGEMENT SERVICES           )   **§ 1441(b)**
   LIMITED PARTNERSHIP; a Delaware        )
13 limited partnership; GREYSTAR          )   **(DIVERSITY)**
   DEVELOPMENT AND CONSTRUCTION, L.P.,    )
14   a Texas limited partnership; GREP    )
   GENERAL PARTNER, LLC, a South          )
15 Carolina limited liability company;    )
   GREYSTAR REAL ESTATE PARTNERS,         )
16 LLC, a South Carolina limited liability)
   company; CORTLAND INVESTORS, LLC,      )
17 an Oregon limited liability company;   )
   DISCOVERY PARK INVESTMENTS, LLC, a     )
18 Washington limited liability company;  )
   BEAN-RIO SALADO EQUITY, LLC; an        )
19 Oregon limited liability company; GNDD )
   I, LLC, an Oregon limited liability    )
20 company, PPS XIII, LLC, an Oregon      )
   limited liability company; SCHNITZER-  )
21 ABRAMS PARTNERSHIP, an Oregon          )
   general liability partnership; RIVER ROAD,)
22 LLC, an Oregon limited liability       )
   company; WILL SPRIETSMA LIVING         )
23 TRUST, a California private trust; 9837)
   TABOR ST, LP, a California limited     )
24 partnership; TILDEN AVE LP, a California)
   limited partnership; VICTOR PROPERTY   )
25 MANAGEMENT, INC., a California         )
   Corporation; MITTLEMAN PROPERTIES      )
26 PARTNERSHIP, an Oregon general         )
   partnership; WILLIAM ZEMSKY, a single  )
27 man; 2311 NORTHRUP, LLC, an Oregon     )
   limited liability company; FRISCH      )
28 INVESTMENTS, LLC, an Oregon limited    )

liability company; 4106 INGLEWOOD BLVD., L.P., a California limited partnership; HGB RIO SALADO, LLC, an Oregon limited liability company; JOHN DOES and JANE DOES I-X; ABC CORPORATIONS 1 through 10; and ABC CORPORATIONS, or PARTNERSHIPS 11 through 20,

                                Defendants.

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendants hereby remove to this Court the state court action described below.

1.   On December 22, 2011, an action was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Martino v. Greystar Investment Group, LLC, et al.,* as case number CV2011-021036.

2.   Plaintiff has sued twenty-two (22) separate individuals or entities in the above-referenced case. All twenty-two (22) Defendants are represented by the same attorneys. Certain Defendants were served. For efficiency and cost-savings, on January 23, 2012, the parties stipulated that Defendants' attorneys would file a single responsive pleading on behalf of all Defendants on or before February 24, 2012. Pursuant to the parties' Stipulation, service on any named Defendant that was not effected as of the date of the Stipulation was waived. True and complete copies of all pleadings and other documents filed in the state court proceeding are attached hereto as follows: a copy of Plaintiff's Complaint is attached as Exhibit A; a copy of Plaintiff's Certificate of Compulsory Arbitration is attached as Exhibit B; the parties' Joint Motion/Stipulation Concerning Responsive Pleading for Defendants is attached as Exhibit C; the Court's Order on Joint Motion/Stipulation is attached as Exhibit D; Defendants' Answer is attached as Exhibit E; Defendants' Certificate of Agreement Concerning Compulsory Arbitration is attached as Exhibit F; Defendants' Rule 38 Demand for Jury Trial is attached as Exhibit G; and the Court's 100 Day Notice is attached as Exhibit H.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states (Plaintiff and Defendants) and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.      In his Complaint, Plaintiff alleges that Defendants negligently leased an apartment to Plaintiff that Defendants knew or should have known was uninhabitable due to water damage and mold contamination, and that Defendants' alleged negligence caused damage to Plaintiff's property and person in an unspecified amount.

5.      On April 23, 2012, Plaintiff served his Initial Rule 26.1 Disclosure Statement wherein he alleges that Defendants' alleged negligence caused damage to Plaintiff's property and person in excess of $1.5 million. A true and correct copy of Plaintiff's Initial Rule 26.1 Disclosure Statement, without exhibits, is attached as Exhibit I.

6.      Defendants are informed and believe that Plaintiff is currently a citizen of Illinois. *See* Exhibit I. Defendant Greystar Investment Group, LLC, was at the time of the filing of this action, and still is, a Delaware limited liability company, having its principal place of business in the State of South Carolina. Defendant Greystar Management Services Limited Partnership, was at the time of the filing of this action, and still is, a Delaware limited partnership, having its principal place of business in the State of South Carolina. Defendant Greystar Development and Construction, L.P., was at the time of the filing of this action, and still is, a Delaware limited partnership, having its principal place of business in the State of Texas. Defendant GREP General Partner, LLC, was at the time of the filing of this action, and still is, a Delaware limited liability company, having its principal place of business in the State of South Carolina. Defendant Greystar Real Estate Partners, L.L.C., was at the time of the filing of this action, and still is, a Delaware limited liability company, having its principal place of business in the State of South Carolina. Defendant Cortland Investors, LLC, was at the time of the filing of this action, and still is, an Oregon limited

liability company and has its principal place of business in the State of Oregon. Defendant Discovery Park Investments, LLC, was at the time of the filing of this action, and still is, a Washington limited liability company and has its principal place of business in the State of Washington. Defendant Bean-Rio Salado Equity, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant GNDD I, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant PFS XIII, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant Schnitzer-Abrams Partnership, was at the time of the filing of this action, and still is, an Oregon general partnership and has its principal place of business in the State of Oregon. Defendant River Road, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant Will Sprietsma Living Trust was at the time of the filing of this action, and still is, a California private trust. Defendant 9837 Tabor St LP, was at the time of the filing of this action, and still is, a California limited partnership and has its principal place of business in the State of California. Defendant Tilden Ave LP, was at the time of the filing of this action, and still is, a California limited partnership and has its principal place of business in the State of California. Defendant Victor Property Management, Inc., was at the time of the filing of this action, and still is, a California corporation and has its principal place of business in the State of California. Defendant Mittleman Properties Partnership, was at the time of the filing of this action, and still is, an Oregon general partnership and has its principal place of business in the State of Oregon. Defendant William Zemsky was at the time of the filing of this action, and still is, a California resident. Defendant 2311 Northrup, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant Frisch Investments, LLC, was at the time of the filing of

this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Defendant 4106 Inglewood Blvd., L.P., was at the time of the filing of this action, and still is, a California limited partnership and has its principal place of business in the State of California. Defendant HGB Rio Salado, LLC, was at the time of the filing of this action, and still is, an Oregon limited liability company and has its principal place of business in the State of Oregon. Thus, there is complete diversity among Plaintiff and all named Defendants.

7. Pursuant to Rule 3.7 of the Local Rules of Civil Procedure, a copy of this Notice has been filed with the Clerk of the Maricopa County Superior Court.

RESPECTFULLY SUBMITTED this 23rd day of May, 2012.

**GRASSO LAW FIRM, P.C.**

By   /s/ Robert Grasso, Jr.
     Robert Grasso, Jr.
     2430 West Ray Road, Suite 3
     Chandler, Arizona 85224
       Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and served the attached document by mail on the following non-registered participant of the CM/ECF System:

Anthony Martino
580 Vernon Lane
Buffalo Grove, Illinois  60089
  Plaintiff *Pro Se*

By ___/s/ H. Patrick_____

- 6 -